# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00358-CV

**Lynn Sheen, Appellant**

**v.**

**Nicholas Sheen, Appellee**

### FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-16-002867, THE HONORABLE AMY CLARK MEACHUM, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

The panel denied Appellant's motion for rehearing in this case on September 18, 2019, and the Court denied her motion for en banc reconsideration on November 5, 2019. However, on December 2, 2019, Appellant informed this Court that she filed a bankruptcy petition on November 4, 2019. The filing of a bankruptcy petition operates as a stay of any judicial proceeding against the debtor. *See* 11 U.S.C. § 362(a). "[A]ction taken in violation of the automatic stay is void," *York v. State*, 373 S.W.3d 32, 38 (Tex. 2012) (quoting *Continental Casing Corp. v. Samedan Oil Corp.*, 751 S.W.2d 499, 501 (Tex. 1988)), regardless of whether "the court in which the stayed action is filed learns of the bankruptcy prior to taking action against the debtor," *Adeleye v. Driscal*, 488 S.W.3d 498, 499 (Tex. App.—Houston [14th Dist.] 2016, no pet.). This Court's November 5, 2019 ruling on Appellant's motion for en banc

reconsideration is therefore void.  Now that the bankruptcy court has lifted the stay, we deny her motion for en banc reconsideration.

It is so ordered on March 10, 2020.


Before Chief Justice Rose and Justices Goodwin, Baker, Kelly, and Smith
  Justice Triana not participating